

# The Rosen Law Firm
INVESTOR COUNSEL

Phillip Kim
pkim@rosenlegal.com

August 24, 2022

**BY ECF**

The Hon. Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: *In re Teladoc Health, Inc. Securities Litigation*, No. 1:22-cv-04687 (DLC)

Dear Judge Cote:

We represent Walter De Schutter in the Teladoc Health, Inc. securities class actions, *In re Teladoc Health, Inc. Securities Litigation*, No. 1:22-cv-04687-DLC (S.D.N.Y.) and *De Schutter v. Teladoc Health, Inc., et al.*, No. 1:22-cv-04525-ARR-RER (E.D.N.Y.).

On August 24, 2022, United States District Judge Allyne R. Ross granted a stipulation and proposed order to transfer the *De Schutter* action to the United States District Court for the Southern District of New York and to consolidate the *De Schutter* action with this action for all purposes, including pre-trial and trial. We do not oppose the consolidation of the *De Schutter* action with this action.

Respectfully submitted,

/s/ Phillip Kim (PK 9384)
Counsel for Walter De Schutter

cc:   All counsel via ECF

*This Court accepts the De Schutter case as related.*

*Denise Cote*
*8/24/22*

THE ROSEN LAW FIRM, P.A. ♦ 275 MADISON AVENUE, 40TH FLOOR ♦ NEW YORK, NY 10016 ♦ TEL: (212) 686-1060 ♦ FAX: (212) 202-3827