```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :     22cv4687 (DLC)
IN RE TELADOC HEALTH, INC. SECURITIES   :
LITIGATION                              :        ORDER
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On November 3, 2022, the defendants filed a motion to dismiss the First Amended Complaint. On December 6, the plaintiffs filed a Second Amended Complaint. Accordingly, it is hereby

ORDERED that the defendants' November 3 motion shall be terminated as moot.

IT IS FURTHER ORDERED that the defendants shall respond to the Second Amended Complaint by **January 6, 2023**. If the defendants renew their motion to dismiss, the plaintiffs shall file any opposition to the renewed motion by **February 3, 2023**. The defendants shall file any reply by **February 17, 2023**. At the time the reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         December 7, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge