**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE TELADOC HEALTH, INC. SECURITIES
LITIGATION

Case No. 1:22-cv-4687 (DLC)

### NOTICE OF MOTION TO DISMISS
### THE SECOND AMENDED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law, the declaration of Audra. J. Soloway and the exhibits annexed thereto, and all other papers and proceedings herein, Defendants Teladoc Health, Inc., Jason Gorevic, Mala Murthy, Stephany Verstraete, Bimal Shah, and Richard Napolitano, by and through their attorneys, hereby respectfully move this Court, before the Honorable Denise L. Cote, United States District Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 18B, New York, New York 10007, for an order, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995, dismissing Plaintiffs' Second Amended Class Action Complaint (ECF No. 63) on a date and time to be set by the Court.  The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: January 20, 2023
New York, New York

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: /s/ Audra J. Soloway
Daniel J. Kramer
Audra J. Soloway
Caitlin E. Grusauskas
Marisa A. Papenfuss
1285 Avenue of the Americas
New York, NY  10019-6064
Phone:  (212) 373-3000
dkramer@paulweiss.com
asoloway@paulweiss.com
cgrusauskas@paulweiss.com
mpapenfuss@paulweiss.com

*Attorneys for Teladoc Health, Inc., Jason
Gorevic, Mala Murthy, Stephany Verstraete,
Bimal Shah, and Richard Napolitano*