UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TELADOC HEALTH, INC. SECURITIES LITIGATION | Case No. 1:22-cv-4687 (DLC) |

**DECLARATION OF AUDRA J. SOLOWAY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT**

AUDRA J. SOLOWAY declares the following pursuant to 28 U.S.C. § 1746:

1. I am a member of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, attorneys for defendants Teladoc Health, Inc. ("Teladoc"), Jason Gorevic, Mala Murthy, Stephany Verstraete, Bimal Shah, and Richard Napolitano (together, "Defendants"). I submit this declaration in support of Defendants' Motion to Dismiss the Second Amended Class Action Complaint.

**Demonstratives**

2. Attached hereto as Exhibit 1 is a chart prepared by Defendants' counsel listing all of the alleged misstatements in the Second Amended Complaint, grouped by category.

3. Attached hereto as Exhibit 2 is a chart prepared by Defendants' counsel setting forth all sales of Teladoc common stock by Jason Gorevic during the putative class period, as publicly reported in the Form 4 filings attached hereto as Exhibit 11.

4. Attached hereto as Exhibit 3 is a chart prepared by Defendants' counsel setting forth all sales of Teladoc common stock by Mala Murthy during the putative class period, as publicly reported in the Form 4 filings attached hereto as Exhibit 12.

5. Attached hereto as Exhibit 4 is a chart prepared by Defendants' counsel setting forth all sales of Teladoc common stock by Stephany Verstraete during the putative class period, as publicly reported in the Form 4 filings attached hereto as Exhibit 13.

**Teladoc SEC Filings**

6. Attached hereto as Exhibit 5 is a true and correct copy, with highlighting, of excerpts from Teladoc's Registration Statement (Amendment 1) (the "Registration Statement"), filed with the Securities and Exchange Commission ("SEC") on September 11, 2020.

7. Attached hereto as Exhibit 6 is a true and correct copy, with highlighting, of excerpts from the Annual Report of Teladoc on Form 10-K for the year ended December 31, 2020, filed with the SEC on March 1, 2021, which is cited in the Complaint at, *inter alia*, paragraphs 319-27, 408 and 506.

8. Attached hereto as Exhibit 7 is a true and correct copy, with highlighting, of Teladoc's Form 8-K filed with the SEC on September 20, 2021.

9. Attached hereto as Exhibit 8 is a true and correct copy, with highlighting, of excerpts of Teladoc's Form 8-K filed with the SEC on February 22, 2022, which is cited in the Complaint at, *inter alia*, paragraph 448.

10. Attached hereto as Exhibit 9 is a true and correct copy, with highlighting, of excerpts from the Annual Report of Teladoc on Form 10-K for the year ended December 31, 2021, filed with the SEC on February 28, 2022, which is cited in the Complaint at, *inter alia*, paragraphs 407, 409-19.

11. Attached hereto as Exhibit 10 is true and correct copy, with highlighting, of excerpts from the Definitive Proxy Statement of Teladoc on Schedule 14A, filed with the SEC on April 12, 2022.

**<u>Form 4 Filings for Defendants Gorevic, Murthy, and Verstraete</u>**

12. Attached hereto as Exhibit 11—in chronological order by filing date—are true and correct copies, with highlighting, of Form 4 Statements of Changes in Beneficial Ownership and Form 5 Annual Statement of Changes in Beneficial Ownership documents for Jason Gorevic (filed with the SEC on January 23, 2019; February 21, 2019; March 6, 2019; March 21, 2019; March 28, 2019; April 18, 2019; May 20, 2019; August 16, 2019; February 12, 2020; February 28, 2020; March 4, 2020; March 6, 2020; May 11, 2020; June 5, 2020; July 10, 2020; August 7, 2020; September 4, 2020; October 9, 2020; November 6, 2020; December 3, 2020; December 7, 2020; January 6, 2021; February 4, 2021; February 10, 2021; March 3, 2021; March 5, 2021; March 9, 2021; April 8, 2021; May 6, 2021; May 10, 2021; June 2, 2021; July 7, 2021; August 5, 2021; November 4, 2021; March 2, 2022; March 4, 2022; March 8, 2022).

13. Attached hereto as Exhibit 12—in chronological order by filing date—are true and correct copies, with highlighting, of Form 4 Statements of Changes in Beneficial Ownership documents for Mala Murthy (filed with the SEC on June 28, 2019; February 25, 2020; March 4, 2020; June 26, 2020; March 3, 2021; March 5, 2021; June 28, 2021; March 2, 2022; March 4, 2022; June 3, 2022; June 28, 2022).

14. Attached hereto as Exhibit 13—in chronological order by filing date—are true and correct copies, with highlighting, of Form 4 Statements of Changes in Beneficial Ownership documents for Stephany Verstraete (filed with the SEC on March 6, 2019; February 28, 2020; March 4, 2020; March 6, 2020; April 20, 2020; June 15, 2020; June 19, 2020; June 23, 2020; July 2, 2020; July 6, 2020; August 5, 2020; September 2, 2020; October 5, 2020; November 4, 2020; November 6, 2020; December 3, 2020; December 7, 2020; January 6, 2021; January 7, 2021; February 3, 2021; March 3, 2021; March 5, 2021; March 9, 2021; November 4, 2021; March 2, 2022; March 4, 2022; March 8, 2022; June 3, 2022).

**Credit Suisse Analyst Report & Business Insider Article**

15. Attached hereto as Exhibit 14 is a true and correct copy, with highlighting, of Credit Suisse's analyst report, "Q&A Our Way: Discussions Around Livongo Growth, LT Outlook, & Evolving Model," dated October 28, 2021, which is cited in the Complaint at, *inter alia*, paragraphs 247-49, 379-82.

16. Attached hereto as Exhibit 15 is a true and correct copy, with highlighting, of a *Business Insider* article dated November 10, 2021, which is cited in the Complaint at, *inter alia*, paragraphs 13, 15, 26, 30, 39, 94, 105, 160-63, 216-19, 229-30, 245, 247, 251-60, 299, 301(a), 303(b), 305(g), 316(e), 322, 327, 331, 342, 362, 383-91, 412, 419, 437-47, 506, 538.

**Transcripts of Teladoc Earnings and Analyst Calls and Investor Conferences**

17. Attached hereto as Exhibit 16 is a true and correct copy, with highlighting, of excerpts of a transcript of Teladoc's February 24, 2021 earnings call, which is cited in the Complaint at paragraphs 234, 307-18.

18. Attached hereto as Exhibit 17 is a true and correct copy, with highlighting, of excerpts of a transcript of Teladoc's April 28, 2021 earnings call, which is cited in the Complaint at paragraphs 8, 11, 240, 335-50, 528.

19. Attached hereto as Exhibit 18 is a true and correct copy of excerpts of a transcript of Teladoc's presentation on June 1, 2021 at the 41st Annual William Blair & Company Growth Stock Conference, which is cited in the Complaint at paragraphs 11, 244, 357-59.

20. Attached hereto as Exhibit 19 is a true and correct copy, with highlighting, of excerpts of a transcript of Teladoc's October 27, 2021 earnings call, which is cited in the Complaint at paragraphs 8, 246, 366-78, 528.

21. Attached hereto as Exhibit 20 is a true and correct copy of excerpts of a presentation that Teladoc made on November 18, 2021 at Teladoc Health's 2021 Investor Day, which is cited in the Complaint at paragraphs 18, 189, 192-93, 261-62, 392-99, 401.

22. Attached hereto as Exhibit 21 is a true and correct copy of excerpts of a presentation that Teladoc made on January 10, 2022 at the JPMorgan 40th Annual Healthcare Conference, which is cited in the Complaint at paragraphs 402-03.

23. Attached hereto as Exhibit 22 is a true and correct copy, with highlighting, of excerpts of a transcript of Teladoc's April 27, 2022 earnings call, which is cited in the Complaint at paragraphs 40, 163, 265, 420-26, 450-59.

24. Attached hereto as Exhibit 23 is a true and correct copy, with highlighting, of excerpts of a transcript of Teladoc's July 27, 2022 earnings call, which is cited in the Complaint at paragraphs 480-86.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 20, 2023.

*/s/ Audra J. Soloway*
Audra J. Soloway