**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON    (1946-1991)
RANDOLPH E. PAUL     (1946-1956)
SIMON H. RIFKIND     (1950-1995)
LOUIS S. WEISS       (1927-1950)
JOHN F. WHARTON      (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(212) 373-3020

WRITER'S DIRECT FACSIMILE

(212) 492-0020

WRITER'S DIRECT E-MAIL ADDRESS

dkramer@paulweiss.com

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

[Attorney roster omitted]

*NOT ADMITTED TO THE NEW YORK BAR

March 9, 2023

**BY ECF**

Hon. Denise L. Cote
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

*In re Teladoc Health, Inc. Securities Litigation*, No. 1:22-cv-4687 (S.D.N.Y.)

Dear Judge Cote:

On behalf of all defendants named in the above-referenced action ("Defendants"), we write, pursuant to Your Honor's Individual Rules to request a two-week extension of the deadline for Defendants to file a reply in further support of their motion to dismiss the Second Amended Class Action Complaint, from March 17, 2023 to March 31, 2023.

On March 3, 2023, Plaintiffs filed an opposition to Defendants' motion to dismiss. ECF No. 79. The schedule set on December 13, 2022 (ECF No. 70) requires that Defendants file a reply in further support of their motion to dismiss the Second Amended

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Judge Denise L. Cote                                                                                             2

Class Action Complaint on March 17, 2023. Defendants request that the Court allow the two-week extension, from March 17 to March 31, to enable them sufficient time to analyze and fully respond to the opposition.

Plaintiffs' counsel advises that Plaintiffs consent to Defendants' request. This is Defendants' first request to extend the deadline for its reply brief responding to Plaintiffs' opposition to the motion to dismiss.

* * * * *

The parties appreciate the Court's consideration of this request.

Very truly yours,

/s/ Daniel J. Kramer

Daniel J. Kramer

cc: Counsel of Record (by ECF)

Granted.

*/s/ Denise Cote*
3/9/23