UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
IN RE TELADOC HEALTH, INC. SECURITIES     :    22cv4687 (DLC)
LITIGATION                                :
                                          :    ORDER
-----------------------------------------X

DENISE COTE, District Judge:

On May 30, 2023, counsel for the defendants submitted a letter pursuant to Rule 4.G. of the Court's Individual Practices in Civil Cases, noting that a motion has been fully submitted for sixty days. The parties are hereby advised that the Court is aware of the fully submitted motion, and will decide it as expeditiously as possible.

Dated:   New York, New York
         May 31, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge