**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

**IN RE TELADOC HEALTH, INC. SECURITIES LITIGATION**

-----------------------------------------------------------------X

22 **CIVIL** 4687 (DLC)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 5, 2023, defendants' January 20, 2023 motion to dismiss is granted. Judgement is entered for the defendants; accordingly, the case is closed.

**Dated:**  New York, New York

July 6, 2023

**RUBY J. KRAJICK**

_____
Clerk of Court

**BY:**  _____
Deputy Clerk