```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
IN RE TELADOC HEALTH, INC. SECURITIES    :     22cv4687 (DLC)
LITIGATION                               :
                                         :         ORDER
-----------------------------------------X
```

DENISE COTE, District Judge:

In an Opinion and Order of July 5, 2023, the Court granted defendants' motion to dismiss this case and directed the Clerk of Court to enter judgment for the defendants. Under the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), courts are required to make findings as to the compliance by all parties and attorneys with Rule 11(b), Fed. R. Civ. P., at the conclusion of all private actions arising under the Securities Exchange Act of 1934.  15 U.S.C. § 78u-4(c); <u>ATSI Commc'ns, Inc. v. Shaar Fund, Ltd.</u>, 579 F.3d 143, 152 (2d Cir. 2009). Accordingly, it is hereby

ORDERED that the plaintiffs' submission regarding compliance with Rule 11(b) is due August 18, 2023.  Any response by the defendants is due September 1, 2023.

Dated:    New York, New York
          July 24, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge