```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   22cv4687 (DLC)
IN RE TELADOC HEALTH, INC. SECURITIES    :
LITIGATION                               :        ORDER
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On September 24, 2024, the Court of Appeals for the Second Circuit vacated and remanded in part the Court's order in this case. The mandate issued on October 15. Accordingly, it is hereby

ORDERED that the parties shall file on the docket a proposed schedule governing the further conduct of proceedings in this case by **October 30, 2024.**

IT IS FURTHER ORDERED that the parties shall appear at a conference on **November 1, 2024** at **10:30 AM** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated:   New York, New York
         October 15, 2024

                                    _____
                                          DENISE COTE
                                    United States District Judge