UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
IN RE TELADOC SECURITIES LITIGATION       :   22cv4687(DLC)
                                          :
                                          :   ORDER
----------------------------------------- X

DENISE COTE, District Judge:

On October 15, 2024, a conference was scheduled for November 1, 2024 at 10:30 A.M. It is hereby

ORDERED that the conference is rescheduled for **Friday, November 1, 2024** at **11:00 a.m.** in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York 10007.


Dated:    New York, New York
          October 30, 2024

                                          _____
                                               DENISE COTE
                                          United States District Judge