**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

| | |
|---|---|
| IN RE TELADOC HEALTH, INC. SECURITIES LITIGATION, | 22 **CIVIL** 4687 (DLC)<br>**JUDGMENT** |

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 21, 2025, the defendants' November 22, 2024 motion to dismiss is granted. Accordingly, the case is closed.

**Dated:**  New York, New York

    March 24, 2025

                                                    **TAMMI M HELLWIG**
                                                    _____
                                                    **Clerk of Court**

                                   **BY:**
                                                    _____
                                                    **Deputy Clerk**